IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DR. VELTON C. WHITE, <br> DONNA WHITE <br>     Plaintiffs, <br>     v. <br> MICHAEL C. MARSHALL <br> SUPER SPRING ORTHODONTICS, LLC, <br> SPEEDALIGNERS, LLC, <br> NIGHTSHIFT, LLC and <br> DANIEL BISHOP <br>     Defendants and counterclaimants | Case No. 07 C 0892 <br><br> Judge J.P. Stadtmueller |

## DEFENDANTS MOTION TO DISMISS
## WHITE'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)

Michael C. Marshall, by undersigned counsel, hereby submits the following motion and accompanying memorandum to dismiss the Amended Complaint (AC) ofDonna White and Dr. Velton C. White ("White") filed October 1, 2009, pursuant to Fed.R.Civ.P. 12(b)(6).

In addition to arguments raised in the motion to dismiss filed by all defendants, incorporated by reference, White's Complaint should be dismissed as to Marshall because White fails to allege facts sufficient to pierce the corporate veil and impose personal liability on Michael C. Marshall, under the appropriate standard for infringement claims.

Respectfully submitted,

							MICHAEL C. MARSHALL


Dated: October 21, 2009		By:	       /s Marjory S. Stewart
							Marjory S. Stewart Law Office, LLC
							750 N. Lincoln Memorial Drive, Suite 312
							Milwaukee, WI 53202
							Telephone: (414)431-0032
							stewartlawscience@hotmail.com
							Attorney for original defendants.

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ ECF system which will send notification of such filing to the following:

**John P Fredrickson**
Boyle Fredrickson, S.C.
840 N Plankington Avenue
Milwaukee, WI 53202
414-225-9755
Fax: 414-225-9753
Email: jpf@boylefred.com

Marjory S. Stewart Law Office, LLC
750 N. Lincoln Memorial Drive, Suite 312
Milwaukee, WI 53202
Telephone: (414) 431-0032
stewartlawscience@hotmail.com
Attorney for defendants.