

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

FILED

' 2009 DEC -3 A ID: 42

JON W. SANFILIPPO, CLERK
MAIL-REC'D

| | |
|---|---|
| DR. VELTON C. WHITE, | |
| DONNA WHITE | |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 07 C 0892 |
| v. | ) |
| MICHAEL C. MARSHALL | ) Judge J.P. Stadtmueller |
| SUPER SPRING ORTHODONTICS, LLC, | ) |
| SPEEDALIGNERS, LLC, | ) |
| NIGHTSHIFT, LLC and | ) |
| DANIEL BISHOP | ) |
| | ) |
| Defendants and counterclaimants | ) |

## Response to Plaintiffs Amended Complaint

Michael J. Marshall, Pro se, on behalf of NightShift, LLC hereby submits the following response to the

plaintiffs amended complaint dated October 1, 2009. At this time none of the defendants in this case have

representation and are seeking such. In the mean time, my response on behalf of NightShift, LLC, who was added

to the case by a summons served November 12, 2009 asks that the same defendants motion to dismiss Dr. Velton

C. White's Amended Complaint (AC) filed October 1, 2009, pursuant to Fed.R.Civ.P. 12(b)(6) dated October

21,2009 and the accompanying memorandum in support of law filed in conjunction with it be applied by the

court to NightShift, LLC as well. If this is not possible for some reason, I'd ask the court to please grant an

extension of time to respond that corresponds to time the court has already granted to seek new counsel.

Respectfully submitted,

MICHAEL J. MARSHALL

Dated: December 2, 2009