IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION



U.S. DIST. COURT EAST DIST. WISC
FILED

MAR ⁻ 4 2010

AT_____O'CLOCK_____M
JON W. SANFILIPPO, CLERK

| | |
|---|---|
| DR. VELTON C. WHITE, | ) |
| DONNA WHITE | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 07 C 0892 |
| v. | ) |
| MICHAEL C. MARSHALL | ) Judge J.P. Stadtmueller |
| SUPER SPRING ORTHODONTICS, LLC, | ) |
| SPEEDALIGNERS, LLC, | ) |
| NIGHTSHIFT, LLC and | ) |
| DANIEL BISHOP | ) |
| | ) |
| Defendants and counterclaimants | ) |

---

**Request For A Motion to Dismiss.**

---

Michael J. Marshall, Pro se, hereby submits the following request for dismissal of this case. When

reading through recent requests for various documents and such from the offices of attorney John Fredrickson, I

noticed that the requests were directed to Michael C. Marshall. I then looked back through a pile of other

documents submitted in this case to find Michael C. Marshall named as a defendant in all of them. I am, and

always have been, Michael J. Marshall, and have never submitted or signed anything as Michael C. Marshall

which could have caused this mistake. Therefore, I have chosen to ignore the requests and ask that the case

against me personally be dismissed, as none of the documents submitted in this case have been properly directed

to me.

Respectfully submitted,

Michael J. Marshall

Dated: March 2ⁿᵈ, 2010