UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DR. VELTON C. WHITE and
DONNA WHITE,

        Plaintiffs,

v.

MICHAEL J. MARSHALL,
SUPER SPRING ORTHODONTICS, LLC,
SPEEDALIGNERS, LLC,
NIGHTSHIFT LLC, and
DANIEL BISHOP

        Defendants.

Case No. 07-CV-892

Judge J.P. Stadtmueller



## ANSWER TO AMMENDED COMPLAINT

Unfortunately, we cannot accurately provide detailed answers to this complaint because all of the documents and legal arguments that we have pertaining to this case are all in the hands of our ex-attorney Marjorie Stewart. Since Marjorie's withdrawal from the case, she has asserted that there is an unpaid balance due her and we have not been provided with any of the defenses, which are numerous, to support our efforts in this case.

There are issues pertaining to the implied conveyance of said rights by Dr. White to his daughter Nancy, who thereby assigned them to Super Spring Orthodontics, issues pertaining to the validity of White's registration of copyrights long after they were in use by White and Super Spring Orthodontics, as well as a number of other defenses that Ms. Stewart claimed gave us rights to these copyrights. This is why we requested the court's assistance in providing us with counsel, as at this time neither of us is in a financial position to afford counsel. Suffice it to say, that by having been provided numerous reasons why we were entitled to these copyrights by a knowledgeable and competent intellectual property attorney, at a cost of many tens of thousands of dollars, we truly believed then and still do today that these rights exist, and therefore any actions Marshall had undertaken pertaining to these copyrights on behalf of all the defendants, was not at all willful. Had Ms. Stewart advised us that we clearly had no right to these copyrights, we would not have spent large amounts of money and would not have continued to use these copyrights beyond the date set forth in the settlement agreement.

Dated: April 30th, 2010          Respectfully Submitted:

_____
Daniel Bishop, Pro se
Defendant
Tel.: 414-588-1660

_____
Michael Marshall, Pro se
Defendant
Tel.: 262-653-9400

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2010, I served the foregoing document by first class mail, postage prepaid, on the following parties:

John P. Fredrickson
Boyle Fredrickson, S.C.
840 N. Plankinton Avenue
Milwaukee, WI 53203
*Attorney for Plaintiffs Dr. Velton C. White
and Donna White*

Michael J. Marshall
4629 52nd Ave., Unit C
Kenosha, Wisconsin 53144

Speedaligners, LLC
4629 52nd Ave., Unit C
Kenosha, Wisconsin 53144

Super Spring Orthodontics, LLC
4629 52nd Ave., Unit C
Kenosha, Wisconsin 53144

Nightshift LLC
4629 52nd Ave., Unit C
Kenosha, Wisconsin 53144

Daniel Bishop, Pro se
Defendant
Tel.: 414-588-1660

Michael Marshall, Pro se
Defendant
Tel.: 262-653-9400