## Marjory S. Stewart Law Office, LLC
*750 N Lincoln Memorial Drive, Suite 312, Milwaukee, WI 53202*
*Telephone: (414) 431-0032*
*Email: stewartlawscience@hotmail.com*
*www.marjorystewart.com*



May 24, 2010

The Honorable J.P. Stadtmueller,
US District Court Judge
517 E. Wisconsin Avenue
Milwaukee Wisconsin
53202

      Re: CASE NO. 07cv0892

Dear Judge Stadtmueller:

      On October 16, 2009 I sought relief from the Court allowing me to withdraw from my representation of the original three defendants (Mr. Marshall, Super Spring Orthodontics, LLC, and Speedaligners, LLC) in the above captioned case.

      I have occasionally checked the status of the case since my withdrawal. I was disturbed to read a document filed October 21, 2009 that suggested I had told the defendants of the existence of a ninety day extension. I don't know where this idea came from but I am sure that I did not tell them they had the ninety day extension to which Mike Marshall referred.

      I recently read the Answer to Amended Complaint filed by Mr. Marshall on May 4, 2010. That document suggested that I am holding onto files because of the balance due on the account. That is certainly not true. When a conflict arose that ethicists deemed non-waivable, I drove to Racine and delivered the files to Mr. Marshall and Mr. Bishop. I believe Mr. Marshall has those files. I do still have many boxes of discovery information. I most certainly have neither held anything from the clients nor mislead them about their legal position in any way at all. It is a fair statement that I asserted that they owe a substantial balance, but I have never refused to speak with them or to deliver any file or document requested.

      Since it is my understanding after conferences with ethicists and careful reading that SCR 20:3.3 pertaining to candor before the tribunal trumps SCR 20:1.6 pertaining to client confidentiality, I wanted to correct any misunderstandings that may have resulted from the inaccuracies that are now of record in the pleadings and letters of the pro se litigants.

                                 Respectfully submitted,

                                   *Marjory S. Stewart*
                                 Marjory S. Stewart