January 26, 2011 Fredrickson Declaration

Exhibit B

| Bill date | Attorney | Hours | Hourly rate | Bill date | General nature of work |
|---|---|---|---|---|---|
| 9/28/2007 | jpf | 1.6 | $250 | $400.00 | Begin drafting complaint; assess agreement between LLC's and individuals |
| 10/20/2007 | jpf | 4.7 | $250 | $1,175.00 | Continue drafting complaint and review with client |
| 11/21/2007 | jpf | 1.05 | $250 | $262.50 | Confirm regsitration status; finalize complaint, file and serve |
| 1/29/2008 | mtg | 6.4 | $195 | $1,248.00 | Discuss settlement with defendants' counsel and respond to motion to dismiss |
| | jpf | 2.6 | $250 | $650.00 | |
| 2/29/2008 | jpf | 4 | $250 | $1,000.00 | Revise and file opposition to motion to dismiss |
| 5/28/2008 | jpf | 5.2 | $250 | $1,300.00 | Consider response to and respond to motion for summary judgment and motion for joinder of plaintiff |
| 6/30/2008 | jpf | 3.6 | $250 | $900.00 | Respond to motion for joinder |
| 2/27/2009 | jpf | 1.5 | $345 | $517.50 | Request for status conference and consider decision on motions |
| 3/31/2009 | jpf | 12.3 | $345 | $4,243.50 | Assess answer and counterclaim and begin brief iso motion to dismiss counterclaims |
| 4/29/2009 | jpf | 29.85 | $345 | $10,298.25 | Assess counterclaim deficiencies; brief and file motion to dismiss; consider basis for claim vs Nightshift |
| 8/31/2009 | jpf | 29.8 | $345 | $10,281.00 | Further response to motion for partial summary judgment; prepare and file reply iso motion to dismiss counterclaim; consider and pursue settlement meeting |
| 11/30/2009 | jpf | 7.5 | $345 | $2,587.50 | Prepare and file amended complaint |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/18/2009 | jpf | 4.875 | $345 | $1,681.88 | Prepare and file briefs opposing motion to dismiss (time reduced by half to reflect the fact that briefing including opposing motion to dismiss filed by Marshall) |
| 2/26/2010 | jpf | 1.75 | $345 | $603.75 | Consider filings by Marshall, Bishop and Nightshift; draft discovery to Marshall, Bishop and Nightshift (time reduced by half in light of work related to Bishop and Marshall) |
|  | jpf | 2.375 | $355 | $843.13 |  |
| 3/31/2010 | jpf | 4.375 | $355 | $1,553.13 | Discovery (time reduced by half in light of work related to Bishop and Marshall) |
| 4/30/2010 | jpf | 6.875 | $355 | $2,440.63 | Motion to compel discovery; research default damages (time on motion to compel time by half in light of work related to Bishop and Marshall |
| 5/28/2010 | jpf | 6.75 | $355 | $2,396.25 | Research default issues (time reduced by half to reflect work relating to Bishop) |
| 6/30/2010 | jpf | 6.75 | $355 | $2,396.25 | Research default issues |
| 12/14/2010 | jpf | 6.75 | $355 | $2,396.25 | Complete motion for default (1/28 entry reduced by 1/2 to reflect work related to Bishop and Marshall); gather evidence and begin briefing damages on default |
| 1/26/011 WIP report | jpf | 18.05 | $355 | $6,407.75 | Prepare and file supplemental brief iso statutory damage award; draft declaration iso requested fee award |
| **Total** |  | **168.65** |  | **$55,582.25** |  |

| | | | |
|---|---|---|---|
| mtg | 6.4 | @ | $195 |
| jpf | 22.75 | @ | $250 |
|  | 87.575 | @ | $345 |
|  | 51.925 | @ | $355 |