

840 North Plankinton Avenue, Milwaukee, WI 53203  P: 414-225-9755  F: 414-225-9753  www.boylefred.com

JOHN P. FREDRICKSON
DIRECT DIAL: 414-225-1661
JPF@BOYLEFRED.COM

January 26, 2011

**VIA ECF**

Honorable J. P. Stadtmueller
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI  53202-4583

Re: White v. Marshall, et al.
Case No.:    07-cv-892
Our File No.: 1202.003

Dear Judge Stadtmueller:

In response to an inquiry from the Court regarding the amount of fees being sought in conjunction with the motion for a default judgment against the limited liability company defendants, I have this afternoon filed a declaration with supporting exhibits that put the total of the fees being sought at $55,582.25 per Exhibit B to the declaration.

Thank you for your consideration.

Yours truly,

John P. Fredrickson

JPF/sxs
cc: Super Spring Orthodontics, LLC
    Speedaligners, LLC
    Nightshift, LLC

{00390129.DOC \}